# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PANDORA DISTRIBUTION, LLC, | Case No. 3:12-cv-02858 |
| Plaintiff, | Hon. Jeffrey J. Helmick |
| v. | |
| OTTAWA OH, LLC, et al., | |
| Defendants, | |
| v. | |
| FIRST AMERICAN TITLE INSURANCE CO., | |
| Third-Party Defendant. | |

## MOTION TO WITHDRAW

Ottawa OH, LLC ("Ottawa") has terminated Gerald R. Kowalski, Sarah K. Skow, and Spengler Nathanson P.L.L. as counsel. Ottawa has not yet retained new counsel to file a notice of substitution. Therefore, Gerald R. Kowalski, Sarah K. Skow, and Spengler Nathanson P.L.L. move to withdraw as Ottawa's counsel. Ottawa has requested that the deadline of October 30th for reply briefs in support of summary judgment motions be extended to allow its new counsel to enter an appearance and address the pending issues. The undersigned have provided a copy of this Motion to Ottawa.

Respectfully submitted,

*s/ Gerald R. Kowalski*
Gerald R. Kowalski (0022323)
Sarah K. Skow (0081468)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, Ohio 43604
gkowalski@snlaw.com
sskow@snlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 18th day of October, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*s/ Gerald R. Kowalski*
Gerald R. Kowalski

415202