**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| PANDORA DISTRIBUTION, LLC, | ) Case No. 3:12-cv-02858 |
| Plaintiff, | ) Hon. Jeffrey J. Helmick |
| v. | ) |
| OTTAWA OH, LLC, et al., | ) |
| Defendants, | ) |
| v. | ) |
| FIRST AMERICAN TITLE INSURANCE CO., | ) |
| Third-Party Defendant. | ) |

**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW**

Gerald R. Kowalski, Sarah K. Skow and Spengler Nathanson P.L.L. hereby notice their withdrawal of Document #270 (Motion to Withdraw) filed yesterday, October 19, 2018. Ottawa OH has retained new counsel and a substitution of counsel is forthcoming.

          Respectfully submitted,

          *s/ Gerald R. Kowalski*
          Gerald R. Kowalski (0022323)
          Sarah K. Skow (0081468)
          SPENGLER NATHANSON P.L.L.
          900 Adams Street
          Toledo, Ohio 43604
          gkowalski@snlaw.com
          sskow@snlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 19th day of October, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*s/ Gerald R. Kowalski*
Gerald R. Kowalski

415536