UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Pandora Distribution, LLC,                                    Case No. 3:12-cv-2858

               Plaintiff,

    v.                                                              JUDGMENT ENTRY

Ottawa OH, LLC, et al.,

               Defendants.


      Pandora Distribution, LLC; Ottawa OH, LLC ("Ottawa"); Philips Electronics North America Corporation ("Philips"); Genessee & Wyoming, Inc.; and, First American Title Insurance Company each have filed motions for summary judgment on a variety of claims, counter-claims, and cross-claims. (Doc. No. 250, 251, 252, 256, 257, and 258). For the reasons stated in the Memorandum Opinion and Order filed contemporaneously:

    (a) Pandora's motion for summary judgment, (Doc. No. 251), is granted in part and denied in part. The motion is granted as to Ottawa's claim for mutual mistake, and denied on all other grounds;

    (b) Ottawa's motion for summary judgment as to Pandora's claims against Ottawa, (Doc. No. 257), is granted, and its motion for summary judgment as to Ottawa's claims against First American, (Doc. No. 258), is denied;

    (c) First American's motion for summary judgment, (Doc. No. 250), is granted;

2

(d) Genesee & Wyoming's motion for summary judgment, (Doc. No. 252), is granted;

(e) Philips' motion for summary judgment, (Doc. No. 256), is granted; and

(f) Having concluded the record evidence and applicable law conclusively establish that Pandora owns the conveyer bridges, I enter summary judgment on Ottawa's claim for declaratory judgment as to the ownership of the conveyer bridges. Ottawa's negligence, nuisance, and trespass claims remain outstanding.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge