UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Pandora Distribution, LLC,                                Case No.  3:12-cv-2858

                Plaintiff,

     v.                                                        JUDGMENT ENTRY

Ottawa OH, LLC, et al.,

                Defendants.


       For the reasons stated in the Memorandum Opinion and Order filed contemporaneously,

the motions of Pandora Distribution, LLC, (Doc. No. 320), and Ottawa OH, LLC, (Doc. No. 331),

for reconsideration are denied.

       So Ordered.


                                   s/ Jeffrey J. Helmick
                                   United States District Judge